■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v IESHA A. ALPHEAUS, Appellant. [617 NYS2d 691] —Judgment unanimously affirmed. Memorandum: The jury's verdict convicting defendant of assault in the first degree (Penal Law § 120.10 [1]) is not contrary to the weight of the evidence *(see, People v Bleakley,* 69 NY2d 490, 495). Defendant failed to preserve for review her contentions that the trial court erred in failing to instruct the jury on the defense of justification *(see,* CPL 470.05 [2]; *People v Harrell,* 59 NY2d 620, 622) and in submitting the verdict sheet to the jury *(see, People v Marinescu,* 175 AD2d 141; *People v Ahalt,* 170 AD2d 982, *lv denied* 78 NY2d 953). We decline to review those issues as a matter of discretion in the interest of justice *(see,* CPL 470.15 [6] [a]; *People v Ahalt, supra).* Finally, the sentence is not unduly harsh or excessive. (Appeal from Judgment of Oneida County Court, Buckley, J.—Assault, 1st Degree.) Present—Green, J. P., Balio, Fallon, Doerr and Boehm, JJ.